## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

LUIS CARRASQUILLO,                  :

              Plaintiff,            :

        v.                           :

COMMISSIONER OF SOCIAL              :
SECURITY,                          :

          Defendant.          :
                           :

Civil No. 09-1883 (JLL)

**O R D E R**

Plaintiff seeks to file a Complaint without prepayment of fees pursuant to 28 U.S.C. § 1915. Based on his affidavit of poverty, the Court finds that Plaintiff qualifies for non-prisoner <u>in forma pauperis</u> status pursuant to 28 U.S.C. § 1915. Having thoroughly reviewed Plaintiff's allegations, the Court finds that dismissal of the Complaint is not required by 28 U.S.C. § 1915(e)(2)(B) at this stage of the proceeding,

**IT IS**, therefore, on this *7th* day of July, 2009,

**ORDERED** that Plaintiff's application to proceed <u>in forma pauperis</u> is hereby GRANTED; and it is further

**ORDERED** that the Clerk shall file the Complaint without prepayment of the filing fee; and it is further

**ORDERED** that the Complaint may proceed; and it is further

**ORDERED** that, pursuant to 28 U.S.C. § 1915(d), the Clerk shall issue summons and the United States Marshal shall serve summons and copies of the Complaint and this Order upon Defendant, with all costs of service advanced by the United States; and it is further

**ORDERED** that, pursuant to 42 U.S.C. § 1997e(g)(2), Defendant who is served shall file and serve a responsive pleading within the time specified by Fed. R. Civ. P. 12 and in accordance with L. Civ. R. 9.1.

Jose L. Linares
United States District Judge

2